██ The People of the State of New York, Respondent, v Stephen D. Bush, Jr., Appellant. [803 NYS2d 492]—Appeal from a judgment of the Chautauqua County Court (John T. Ward, Jr., J.), rendered February 11, 2002. The judgment convicted defendant, upon a jury verdict, of murder in the second degree and robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him after a jury trial of murder in the second degree (Penal Law § 125.25 [1]) and robbery in the second degree (§ 160.10 [3]). Contrary to the contention of defendant, County Court properly refused to suppress his written statement that he gave to the police. The record of the suppression hearing does not support the contention of defendant that he made an unequivocal request for counsel during questioning (see People v Lynch, 13 AD3d 1142 [2004], lv denied 4 NY3d 800 [2005]). The sentence is not unduly harsh or severe. Present—Hurlbutt, J.P., Scudder, Gorski, Smith and Lawton, JJ.

██ The People of the State of New York, Respondent, v Tarrence C. Canty, Appellant. [803 NYS2d 493]—Appeal from a judgment of the Orleans County Court (James P. Punch, J.), rendered June 21, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him upon his plea of guilty of attempted criminal possession of a controlled substance in the third degree (Penal Law §§ 110.00, 220.16 [12]), defendant challenges County Court's suppression rulings. Those challenges are encompassed by defendant's knowing and voluntary waiver of the right to appeal (see People v Kemp, 94 NY2d 831, 833 [1999]; People v Gilbert, 17 AD3d 1164 [2005], lv denied 5 NY3d 762 [2005]; see generally People v Callahan, 80 NY2d 273, 285 [1992]). Present—Hurlbutt, J.P., Scudder, Gorski, Smith and Lawton, JJ.